UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:15-CR-00263-FDW |
| v. | ) | |
| | ) | **ORDER REGARDING RESTITUTION** |
| JERRY WAYNE OVERCASH | ) | |
| | ) | |

This matter is before the Court upon the Government's Motion to Determine Restitution. For the reasons stated in the Motion, IT IS HEREBY ORDERED that restitution shall be held open through September 16, 2016. Defendant shall file any objections to the Government's position with respect to victims' losses no later than September 1, 2016. If Defendant does not respond by September 1, 2016, any objection shall be deemed waived.

SO ORDERED this 18th day of July 2016.

Frank D. Whitney
Chief United States District Judge