UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00263-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JERRY WAYNE OVERCASH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court upon Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. No. 51). The Government has consented to the requested relief (Doc. No. 55). For the reasons stated in the Defendant's Unopposed Motion (Doc. No. 51), and for good cause shown, the Motion is **GRANTED**.

IT IS, THEREFORE, ORDERED that the Defendant's supervised release be terminated within ten (10) days of the signing of this Order in order for the probation office to process his release. All other terms and conditions previously imposed will remain the same.

IT IS, FURTHER, ORDERED that the Clerk certify copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

IT IS SO ORDERED

Signed: May 6, 2021

Frank D. Whitney
United States District Judge

1